IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ZECKEYA PERRY**  **PLAINTIFF**
ADC # 156241

v.  CASE NO: 4:23-cv-00461-JM

**ASA HUTCHINSON, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

Dated this 8th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE