IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ZECKEYA PERRY**                                                                                                    **PLAINTIFF**
**ADC # 156241**

v.                               CASE NO: 4:23-cv-00461-JM-JTK

**ASA HUTCHINSON, et al.**                                                                            **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. After carefully considering Mr. Perry's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's 42 U.S.C. § 1983 claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted;

2. Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise jurisdiction over any state law negligence claim Plaintiff raised; and

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from any Order adopting these recommendations and accompanying Judgment would not be taken in good faith.

Dated this 31st day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE